FILED IN CLERK'S OFFICE
U.S.D.C. Rome

LF 028
(Rev. 11/04/2019)

JUN 01 2026

## PRISONER CIVIL RIGHTS COMPLAINT

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Joshua Coleman, 1030413

(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

4:26-CV-*140

-vs-

Joshua Kilgore

_____

_____

(Enter above the full name of the defendant(s).)

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the Court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

I.    **Previous Lawsuits**

A.    Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes ( ✓ )    No ( )

B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiff(s): Joshua Coleman _____

1

LF 028
Rev. 11/04/2019

Defendant(s): OFFICER ANTWOINE McGHEE

2.  Court (name the district):
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

3.  Docket Number:  4:24-CV-0019-WMR-WEJ

4.  Name of judge to whom case was assigned: MAG. WALTER E. JOHNSON

5.  Did the previous case involve the same facts?

    Yes ( )    No (✓)

6.  Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
STILL PENDING

7.  Approximate date of filing lawsuit: DECEMBER 27, 2023

8.  Approximate date of disposition: STILL PENDING

II.  **Exhaustion of Administrative Remedies**
Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Place of Present Confinement:  Hays S.P.

B.  Is there a prisoner grievance procedure in this institution?

    Yes (✓)    No ( )

C.  Did you present the facts relating to your complaint under the institution's grievance procedure?

    Yes (✓)    No ( )

D.  If your answer is YES:
    1.  What steps did you take and what were the results?
I FILED GRIEVANCE #'S 358768, 352519,
351083 WHICH WERE ALL DENIED
#340287 WAS GRANTED TO NO AVAIL CUBE.

2

9. PLAINTIFF(S): JOSHUA COLEMAN
DEFENDANT(S): ATTORNEY KONRAD ZIEGLER
ASST. D.A. STEPHANIE ADREAN
D.A. VICTOR REYNOLDS
JUDGE MARY STALEY
ATTORNEY ARTHUR FUDGER

10. COURT (NAME THE DISTRICT):
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION TRANSFERRED TO ATLANTA DIVISION

11. DOCKET NUMBER: 4:25-CV-00295-WMR-JHR, 1:25-CV-06318-WMR

12. MAG. CATHERINE M. SALINAS

13. No

14. ~~STILL~~ + YES. YES. YES.

15. SEPTEMBER 28, 2025

16. 11/21/2025, STILL PENDING IN ELEVENTH CIRCUIT & U.S. SUPREME COURT

17. PLAINTIFF(S): JOSHUA COLEMAN
DEFENDANT(S): CENTURION OF GEORGIA, LLC; DR. MORTON (TRUE NAME
UNKNOWN) WELLPATH; DR. ATTIA, DR. AISENBERG AND DR. JOHN DOE,
GEORGIA DEPARTMENT OF CORRECTIONS; JOSHUA JONES IN HIS OFFICIAL
CAPACITY AS WARDEN OF HAYS STATE PRISON, JOHN DOE DIRECTOR OF GDC
IN HIS OFFICIAL CAPACITY, JOHN DOE DEPUTY DIRECTOR OF GDC IN HIS OF-
FICIAL CAPACITY, UNIT MANAGER GABRIEL ILLA

18. COURT (NAME THE DISTRICT):
NORTHERN DISTRICT OF GEORGIA, ROME DIVISION

19. DOCKET NUMBER: 4:25-CV-00305-WMR-JHR

20. MAG. JOHN H. RAINS IV

21. NO.

22. STILL PENDING

23. OCTOBER 7, 2025

24. STILL PENDING

LF 028
Rev. 11/04/2019

2. If your answer is NO, explain why not: _____

## III. Parties
(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: JOSHUA COLEMAN

Address(es): P.O. Box 668
777 Underwood Dr.
Trion, GA 30753

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): JOSHUA KILGORE

Employed as SEARGANT OR LIEUTENANT

at HAYS STATE PRISON

## IV. Basis for Jurisdiction
Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

( ) Federal official (a *Bivens* claim)
(✓) State or local officials (a § 1983 claim)

3

LF 028
Rev. 11/04/2019

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1ST AMENDMENT - RETALIATION
8TH AMENDMENT - CRUEL & UNUSUAL PUNISHMENT -
DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEEDS

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

## V.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

( ) Pretrial detainee
( ) Immigration detainee
(✓) Convicted and sentenced state prisoner
( ) Convicted and sentenced federal prisoner
( ) Other *(explain)* _____

## VI.  Statement of Claim

State here as briefly as possible the facts of your case. Tell the court <u>WHAT</u> you contend happened to you, <u>WHEN</u> the incident(s) you complain about occurred, <u>WHERE</u> the incident(s) took place, <u>HOW</u> your constitutional rights were violated, and <u>WHO</u> violated them. **Do <u>not</u> give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON OR ABOUT NOVEMBER OF 2022 - MARCH 6, 2023 AT A SICK CALL APPOINTMENT SCHEDULED WITH DR. TIMOTHY TURNER I WAS DIAGNOSED AS HAVING SCABIES, PRESCRIBED IVERMECTIN PILLS AND PERMETHRIN CREAM. OFFICER JOSHUA KILGORE WAS PRESENT AS THE OFFICER ESCORT AND WAS INSTRUCTED BY DR. TIMOTHY TURNER THAT I WOULD NEED A CHANGING OF BED MATS, LINEN, BAGGING UP OF MY PROPERTY, CONCENTRATED BLEACH TO CLEAN MY CELL AND A WASHING OF MY CLOTHES CONSECUTIVELY FOR 2-3 DAYS ALONG WITH A SHOWER TO RINSE OFF THE PRESCRIBED PERMETHRIN CREAM AS A MANDATORY PROCEDURE TO ACCOMPANY MY MEDICAL TREATMENT FOR SCABIES WHICH THE DOCTOR HAD DIAGNOSED ME AS HAVING AFTER OBSERVATION DUE TO MY COMPLAINING OF FEELING LIKE SOMETHING WAS CRAWLING ON AND UNDER MY SKIN, CAUSING GREAT IRRITATION AND LOSS OF SLEEP.

_____

4

LF 028
Rev. 11/04/2019

SINCE THIS SCHEDULED APPOINTMENT OFFICER JOSHUA KIL-
GORE, WHILE I WAS HOUSED IN D-2 (PROTECTIVE CUSTODY UNIT),
HAD BEEN DENYING ALL OF MY SHOWERS AND HAD NOT COM-
PLIED WITH ANY OF DR. TIMOTHY TURNER'S INSTRUCTIONS. OF-
FICER KILGORE'S NON-COMPLIANCE WITH THE DOCTOR'S IN-
STRUCTIONS CAUSED ME NOT TO BE CURED OF SCABIES AS I HAD
BEEN FORCED TO MAKE ADDITIONAL CONTACT WITH THE DISEASE
THROUGH MY LINEN, UNSANITIZED CELL, ETC.

ON OR ABOUT 5/22/2024 I COMPLAINED TO OFFICER KILGORE
ABOUT HIS NON-COMPLIANCE WITH DR. TIMOTHY TURNER'S DI-
RECTIVES AND HIS DELIBERATELY PUNISHING ME BY NOT ALLOWING
ME TO GO TO THE SHOWER AND HE RESPONDED BY SAYING, "YOU
WANT TO WRITE PREA AND SNITCH ON OFFICERS SO I DON'T
CARE WHAT IS GOING ON WITH YOU."

OFFICER KILGORE HAD BEEN IGNORING ALL OF MY CONSISTENT
COMPLAINTS AND REMINDERS ABOUT SCABIES AND THE PROCEDURES
THAT NEEDED TO BE FOLLOWED (3/6/2023, 3/7/2023, 3/28/2023,
4/3/2023, 5/1/2023, 5/3/2023, 5/5/2023, 5/8/2023, 5/10/2023,
5/12/2023, 5/15/2023, 5/17/2023, 5/19/2023, 5/22/2023.

## VII. Injuries
If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

SLEEP DEPRIVATION, SCARRED SKIN, SWOLLEN LEGS AND IN-
TENSIFICATION OF MENTAL HEALTH ISSUES: STRESS, ANXIETY, DEPRESSION & RAGE.

## VIII. Relief
State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If requesting money damages, include the amounts of any actual and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

JURY TRIAL DETERMINATION OF COMPENSATORY AND PUNITIVE DAM-
AGES PLUS ATTORNEY FEES.

I COULD HAVE BEEN CURED OF THE SCABIES I WAS DIAGNOSED AS HAVING
LONG AGO BUT DUE TO KILGORE NOT CARING ABOUT WHAT WAS GOING
ON WITH ME BECAUSE I WRITE PREA, GRIEVANCES AND LAWSUITS I
HAVE SUFFERED WITH THIS CONDITION FAR TOO LONG AND AS A RE-
SULT I HAVE BEEN DEPRIVED OF SLEEP, SUFFERING FROM MUCH IR-
RITATION, THE SCARRING OF MY SKIN, MY LEGS HAD BECOME SWOL-
LEN DURING ONE PERIOD AND MY MENTAL HEALTH PROBLEMS HAVE
BEEN INTENSIFIED LEADING TO RAGE, ANXIETY, DEPRESSION AND
RAGE STRESS.

5

5/25/2023, 6/1/2023, 6/20/2023, 3/7/2024, 4/3/2024, 5/1/2024, 5/3/2024, 5/8/2024, 5/10/2024, 5/15/2024, 5/17/2024, 5/22/2024)

Officer Joshua Kilgore also constantly denied my showers (5/1/2023, 5/3/2023, 5/5/2023, 5/8/2023, 5/10/2023, 5/12/2023, 5/17/2023, 5/19/2023, 5/22/2023, 5/25/2023, 6/1/2023, 6/2/2023, 5/1/2024, 5/3/2024, 5/10/2024, 5/15/2024, 5/17/2024, 5/22/2024, 6/26/2024, 7/15/2024, 8/23/2024, 9/1/2024 10/23/2024 and on 11/20/2024 I came out of the shower at about 9:30 am. I was able to go to the shower because another officer, Officer Cooper, was present for shower duty. When I came out of the shower Sgt./Lt. Kil- gore told Officer Cooper taking me to the shower was "totally unaccept- able."

Ever since Officer Kilgore's denial of the procedures that must accomp- any my scabies treatment my condition had become worst leading to swol- len legs, scarring of my skin, severe irritation, loss of sleep and in- tensification of my mental health issues resulting in much rage, anxiety, stress and depression.

LF 028
Rev. 11/04/2019

Signed this ___22___ day of _____MAY_____, 20 _26_

Signature of Plaintiff

STATE OF __GEORGIA_____
COUNTY (CITY) OF __CHATOOGA____

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON __5|22|2026_____
(Date)

Signature of Plaintiff

6